SETH C. GAGLIARDI
X22W
8/30/17

FILED

2017 AUG 30 PM 1:03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _TM_ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>Freddy ESTRADA-Banegas,<br><br>                Defendant. | Case No. **'17MJ8907**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., § 111(a) and (b)<br>Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about August 29, 2017, within the Southern District of California, defendant, Freddy ESTRADA-Banegas, knowingly and intentionally did forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit, United States Border Patrol Agent Felix Valdes while he was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a) and (b), a felony.

1  The complainant states that this complaint is based on the attached Statement of
2  Facts incorporated herein by reference.
3
4
5  _____
6  Maria Tecpanecatl, Agent TFO
   Federal Bureau of Investigation
7
8  SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 30th
   DAY OF August 2017.
9
10
11 _____
   HON. PETER C. LEWIS
12 UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES OF AMERICA
v.
Freddy ESTRADA-Banegas

## STATEMENT OF FACTS

This complaint is based on interviews conducted and reports, documents, and notes furnished to FBI Task Forcer Officer, Agent Maria Tecpanecatl.

On August 29, 2017, at approximately 11:30 p.m Border Patrol Agent (BPA) Valdes (VALDES) was working his linewatch duties in full uniform when he was deployed to an area in the Yuma Border Patrol Station's Area Of Operation after he was advised of three subjects in the area. In an attempt to evade authorites, two subjects entered into a small body of water known as the Alamo Pond and the third subject was still outstanding. The Agents were attempting to place the two subjects, one of which was later identified as Freddy ESTRADA-Banegas (ESTRADA), in custody.

Once ESTRADA was extricated from the pond, he was escorted up the embankement to the pond. ESTRADA and VALDES were on the embankment of the pond and ESTRADA was placed in hand cuffs. VALDES was transporting ESTRADA toward his marked Border Patrol Vehicle when ESTRADA slipped out of his hand cuffs and began exerting elbow strikes toward VALDES who was positioned behind ESTRADA. One of ESTRADA's strikes grazed VALDES in his chest and he pulled ESTRADA down on onto the ground by his belt by reaching around the ESTRADA. ESTRADA fell face first onto the embankment with VALDES on top of him. While on the ground, a struggle ensued and ESTRADA managed to turn around toward VALDES and continue to struggle. VALDES gave verbal commands for ESTRADA to stop resisting, which ESTRADA ignored. In an attempt to defend himself and gain compliance of the assaultive subject, VALDES struck ESTRADA in the left side of his face with his left hand in a closed fisted manner two times. At this time ESTRADA stopped resisting and other BPAs came to assist VALDES in transporting ESTRADA to the vehicle.

On or about August 30, 2017, VALDES was taken to Yuma Regional Hospital, where he was diagnosed with a fracture to his hand. ESTRADA was taken to Yuma Regional Hospital to treat a contusion to his left cheek and some abrasions to his formearms and mouth.